■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW L. DAYMON, Appellant. [65 NYS3d 824]—Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered February 27, 2013. The judgment convicted defendant, upon a jury verdict, of offering a false instrument for filing in the first degree, falsifying business records in the first degree (three counts) and insurance fraud in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of, inter alia, three counts of falsifying business records in the first degree (Penal Law § 175.10), and one count of insurance fraud in the fifth degree (§ 176.10). Viewing the evidence in light of the elements of the crimes as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we reject defendant's contention that the verdict is against the weight of the evidence with respect to the element of intent to defraud (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Defendant's remaining contentions are without merit. Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.